# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

**MEMO ENDORSED**

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

December 6, 2019

**VIA ECF**

**Hon. Ronnie Abrams**
United States District Court
Southern District of New York
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/19

Re: *Carlos Alvarado, et al. v. New Rams Deli Plus Inc. et al*
Index No. 18-cv-8650 (RA) (SDA)

Dear Judge Abrams:

We represent Plaintiffs Juan Carlos Alvarado and Alberto Tetlamatzi in the above-referenced matter. We submit this status report jointly with Defendants, pursuant to the Court's October 4, 2019 order. As set out below we also respectfully request an adjournment of the December 13, 2019 conference.

The deadline for completion of discovery was December 2, 2019. The parties engaged in paper discovery but were not able to complete depositions. Defendants will file a motion to extend the deadline to complete depositions under separate cover.

The parties have had some settlement discussions, including a February 28, 2019 mediation and subsequent settlement discussions. However, the parties are not close to a resolution.

We respectfully request an adjournment of the December 13, 2019 4:30 p.m. conference. The reason for the request is that I observe the Jewish Sabbath, which starts that week around 4:10 p.m. This is the first request for an adjournment and the Defendants' attorney consents to

December 6, 2019
Page 2

the request. I respectfully request that if the conference is adjourned to a Friday it be scheduled for no later than 2:30 p.m.

    We thank the Court for its attention to this matter.

> Respectfully Submitted,
>
> /s/ *Joshua S. Androphy*
> Joshua S. Androphy

---

Application granted. The post-discovery conference scheduled for December 13, 2019 is hereby adjourned to January 23, 2020 at 11:00 a.m.

SO ORDERED.

Hon. Ronnie Abrams
12/10/2019