# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

jandrophy@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

**MEMO ENDORSED**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/20

January 14, 2020

**VIA ECF**

**Hon. Ronnie Abrams**
United States District Court
Southern District of New York
New York, NY 10007

Re: *Carlos Alvarado, et al. v. New Rams Deli Plus Inc. et al*
Index No. 18-cv-8650 (RA) (SDA)

Dear Judge Abrams:

We represent Plaintiffs Juan Carlos Alvarado and Alberto Tetlamatzi in the above-referenced matter. We respectfully request an adjournment of the January 23, 2020 conference. Defendants consent to the request.

The reason for the request is that I will be away on vacation the week of January 20, 2020.

This is the second request for an adjournment of the conference; the previous request was granted.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Joshua S. Androphy*
Joshua S. Androphy

---

Application granted. The post-discovery conference scheduled for January 23, 2020 is hereby adjourned to February 7, 2020 at 4:30 p.m.

SO ORDERED.

Hon. Ronnie Abrams
1/14/2020

---

*Certified as a minority-owned business in the State of New York*