USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS ALVARADO AND
ALBERTO TETLAMATZI, *individually and on behalf of others similarly situated*,

Plaintiffs,

v.

NEW RAMS DELI PLUS INC. *doing business as* NEW RAM'S DELI PLUS *et al.*,

Defendants.

18-CV-8650 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than February 4, 2020, the parties shall jointly file a letter updating the Court as to the status of this case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: February 3, 2020
New York, New York

Ronnie Abrams
United States District Judge