# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

MEMO ENDORSED

jandrophy@faillacelaw.com

February 4, 2020

USDC-SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/5/20

**VIA ECF**

**Hon. Ronnie Abrams**  
United States District Court  
Southern District of New York  
New York, NY 10007

          Re:    *Carlos Alvarado, et al. v. New Rams Deli Plus Inc. et al*  
               Index No. 18-cv-8650 (RA) (SDA)

Dear Judge Abrams:

     We represent Plaintiffs Juan Carlos Alvarado and Alberto Tetlamatzi in the above-referenced matter. We submit this status report jointly with Defendants, pursuant to the Court's February 3, 2020 order. As set out below we also respectfully request an adjournment of the February 7, 2020 4:30 p.m. conference.

     The deadline for completion of discovery was January 17, 2020. Neither party anticipated filing a dispositive motion.

     The parties have had some settlement discussions, including a February 28, 2019 mediation and subsequent settlement discussions. However, the parties are not particularly close to a resolution. The parties are interested in a referral to the magistrate judge for settlement purposes.

     We respectfully request an adjournment of the February 7, 2020 4:30 p.m. conference. The reason for the request is that I observe the Jewish Sabbath, which starts that week around 5:00 p.m. This is the third request for an adjournment. The previous requests for adjournment

were granted. The Defendants' attorney consents to the request. I respectfully request that if the conference is adjourned to a Friday it be scheduled for no later than 3:30 p.m.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Joshua S. Androphy*
Joshua S. Androphy

---

The post-discovery conference scheduled for February 7, 2020 is hereby adjourned *sine die*. By separate order, the Court will refer this action to Magistrate Judge Aaron for settlement purposes. No later than March 13, 2020, the parties shall file a joint letter updating the Court as to the status of this case, including the status of any settlement discussions.

SO ORDERED.

Hon. Ronnie Abrams
2/5/2020