UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Carlos Alvarado, et al.,

                Plaintiffs,

-against-

New Rams Deli Plus, Inc., et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

1:18-cv-08650 (RA) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, April 1, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
            February 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge