# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

jandrophy@faillacelaw.com

March 12, 2020

**VIA ECF**

**Hon. Ronnie Abrams**
United States District Court
Southern District of New York
New York, NY 10007

                        Re:     *Carlos Alvarado, et al. v. New Rams Deli Plus Inc. et al*
                                      Index No. 18-cv-8650 (RA) (SDA)

Dear Judge Abrams:

       We represent Plaintiffs Juan Carlos Alvarado and Alberto Tetlamatzi in the above-referenced matter. We submit this status report jointly with Defendants, pursuant to the Court's February 5, 2020 order.

       The parties have scheduled a settlement conference with Magistrate Judge Aaron on April 1, 2020. We propose that we submit a post-settlement conference status report to Your Honor on or before April 6, 2020.

       We thank the Court for its attention to this matter.

                                              Respectfully Submitted,

                                              /s/ *Joshua S. Androphy*
                                              Joshua S. Androphy