UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Carlos Alvarado, et al.,

                Plaintiffs,

-against-

New Rams Deli Plus, Inc., et al.,

                Defendants.

1:18-cv-08650 (RA) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

No later than June 1, 2020, the parties shall jointly provide to the undersigned three mutually agreeable dates when a settlement conference can be held.

**SO ORDERED.**

DATED:    New York, New York
               April 1, 2020

_____
STEWART D. AARON
United States Magistrate Judge