# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

June 1, 2020

**VIA ECF**

**Hon. Stewart D. Aaron**
United States District Court
Southern District of New York
New York, NY 10007

　　　　　　　　　　　Re:　*Carlos Alvarado, et al. v. New Rams Deli Plus Inc. et al*
　　　　　　　　　　　　　　Index No. 18-cv-8650 (RA) (SDA)

Dear Judge Aaron:

　　　We represent Plaintiffs Juan Carlos Alvarado and Alberto Tetlamatzi in the above-referenced matter. In accordance with Your Honor's direction at the April 1, 2020 telephone settlement conference, the parties have conferred and propose that a settlement conference take place on any date during the weeks of August 10, 17, or 24, except for August 12 in the morning or August 28 in the morning.

　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ *Joshua S. Androphy*
　　　　　　　　　　　　　　　　　　Joshua S. Androphy

*Certified as a minority-owned business in the State of New York*