UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS ALVARADO AND ALBERT TETLAMATZI, *individually and on behalf of others similarly situated*,

        Plaintiffs,

v.

NEW RAMS DELI PLUS INC. *doing business as* NEW RAM'S DELI PLUS, RAMS DELI PLUS INC. *doing business as* NEW RAM'S DELI PLUS, MAHDI AWATH, ENEES SALEH, AND AL-FAHAD WAHEEB

        Defendants.

---

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-19-20

18-CV-8650 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has been advised that the parties have reached a settlement in this action. No later than August 24, 2020, the parties shall advise the Court whether they consent to proceed before Judge Aaron for approval of their settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). If so, they shall complete and submit the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.

SO ORDERED.

Dated:    August 19, 2020
           New York, New York

                                                          RONNIE ABRAMS
                                                          United States District Judge