UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS ALVARADO AND ALBERT
TETLAMATZI, *individually and on behalf of
others similarly situated,*

                    Plaintiffs,

          v.

NEW RAMS DELI PLUS INC. *doing business
as* NEW RAM'S DELI PLUS, RAMS DELI
PLUS INC. *doing business as* NEW RAM'S
DELI PLUS, MAHDI AWATH, ENEES
SALEH, AND AL-FAHAD WAHEEB

                    Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  8-31-20

18-CV-8650 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court was advised that the parties reached a settlement in this action.  Accordingly, on August 19, 2020, the Court ordered the parties to inform it, no later than August 24, 2020, whether they consent to proceed before Judge Aaron for approval of their settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  To date, the parties have not done so. No later than September 4, 2020, the parties shall file a joint letter informing the Court if they consent to proceed before Judge Aaron for approval of their settlement agreement.  If so, they shall complete and submit the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.

SO ORDERED.

Dated:    August 31, 2020
          New York, New York

                              _____
                              RONNIE ABRAMS
                              United States District Judge