# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620

September 22, 2020

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
United States District Court
500 Pearl St.
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2020
```

Re:  Alvarado et al v. New Ram's Deli Inc. et al
     18-cv-08650

Dear Judge Aaron:

My office represents Plaintiffs in the above-captioned case. I write jointly with the Defendants to respectfully request an extension of thirty days in which to submit our settlement agreement to the Court in accordance with *Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015)* currently due September 22, 2020. The parties are still in the process of finalizing the final form of the agreement.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,
/s
Clela A. Errington, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*

Request GRANTED. SO ORDERED.
Dated: 9/23/2020

*[signature: Stewart D. Aaron]*