UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Carlos Alvarado, et al.,

                Plaintiffs,

-against-

New Rams Deli Plus, Inc., et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

1:18-cv-08650 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act. On September 1, 2020, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 57.) On November 11, 2020, the parties submitted a proposed settlement agreement (ECF No. 64); on December 8, 2020, having reviewed the proposed settlement, the Court denied the parties' application for approval of the proposed settlement without prejudice. (ECF No. 65.) On January 8, 2021, the parties submitted an amended proposed settlement agreement. (ECF No. 68.) Having reviewed the amended proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the amended settlement agreement.

**SO ORDERED.**

DATED: New York, New York
January 11, 2021

_____
STEWART D. AARON
United States Magistrate Judge

2